Certificate Number: 12433-PAM-DE-038068466

Bankruptcy Case Number: 23-02884



12433-PAM-DE-038068466

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 4, 2024, at 7:08 o'clock AM EST, Barbara Louise Jernigan completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 4, 2024

By: /s/Lance Brechbill

Name: Lance Brechbill

Title: Teacher