# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Barbara Louise Jernigan a/k/a Barbara L. Jernigan a/k/a Barbara Jernigan | **BK NO. 23-02884 MJC** |
| **Debtor(s)** | **Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
03 Jan 2024, 17:30:27, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322