UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:   Bankr. Case No. 23-02884-MJC

Barbara Louise Jernigan   Chapter 13

    Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

> AmeriCredit Financial Services, Inc. dba GM Financial
> PO Box 183853
> Arlington, TX  76096

By /s/ Mandy Youngblood

> Mandy Youngblood
> PO Box 183853
> Arlington, TX  76096
> 877-203-5538
> 877-259-6417
> Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                                       Bankr. Case No. 23-02884-MJC

Barbara Louise Jernigan                                                          Chapter 13
        Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on January 8, 2024 :

Vincent Rubino  
Newman Williams Mishkin Corveleyn et al  
712 Monroe Street  
PO Box 511  
Stroudsburg, PA 18360-0511

Jack N Zaharopoulos  
Standing Chapter 13 Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036

By /s/ Mandy Youngblood
      Mandy Youngblood

xxxxx91605 / 1084820