United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Barbara Louise Jernigan  
    Debtor

Case No. 23-02884-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jan 29, 2024      Form ID: ntcnfhrg      Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Barbara Louise Jernigan, P.O. Box 893, Pocono Summit, PA 18346-0893 |
| 5585903 | #+ | COLUMBUS RADIOLOGY, 471 EAST BROAD STREET STE 1400, COLUMBUS, OH 43215-3806 |
| 5585906 | + | GMC FINANCIAL, PO BOX 181145, ARLINGTON, TX 76096-1145 |
| 5585908 | + | MEDICOUNT MGT, 10361 SPARTAN DRIVE, CINCINNATI, OH 45215-1220 |
| 5585910 | | NATIONSTAR DBA MR COOPER, PO BOX 19111, DALLAS, TX 75235 |
| 5585911 | #+ | SCOTT & ASSOCIATES, P.C,, 6 KACEY COURT, SUITE 203, MECHANICSBURG, PA 17055-9237 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5588270 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 29 2024 18:51:00 | AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANC, P O BOX 183853, ARLINGTON, TX 76096-3853 |
| 5588509 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 29 2024 18:51:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5585899 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 29 2024 18:51:00 | BANK OF AMERICA, 4060 OGLETOWN STANTON RD, DE5-019-03-07, NEWARK, DE 19713 |
| 5585900 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 29 2024 18:51:00 | BARCLAYS BANK, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 5585901 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 29 2024 18:54:25 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5585902 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2024 19:04:40 | CITICARDS/CBNA, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |
| 5585904 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2024 18:51:00 | COMENITY CAPITAL BANK, BANKRUPTCY DEPARTMENT, PO BOX 183043, COLUMBUS, OH 43218-3043 |
| 5585905 | | Email/Text: mrdiscen@discover.com | Jan 29 2024 18:51:00 | DISCOVER, PO BOX 15316, WILMINGTON, DE 19850 |
| 5587406 | | Email/Text: mrdiscen@discover.com | Jan 29 2024 18:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5585907 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 29 2024 19:04:54 | JPMCB CARD SERVICES, 301 N WALNUT STREET, FLOOR 09, WILMINGTON, DE 19801 |
| 5585909 | ^ | MEBN | Jan 29 2024 18:42:23 | MERCY HEALTH, PO BOX 740405, CINCINNATI, OH 45274-0405 |
| 5585912 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2024 18:54:00 | SYNCHRONY BANK, ATTN BANKRUPTCY |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5585913 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 29 2024 18:51:00 | VETERANS UNITED HOME LOANS, PO BOX 619094, DALLAS, TX 75261-9094 |
| 5585914 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 29 2024 19:04:50 | WELLS FARGO BANK, PO BOX 94435, ALBUQUERQUE, NM 87199-4435 |
| 5585915 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 29 2024 18:53:55 | WELLS FARGO CARD SERVICES, CREDIT BUREAU DISPU RES, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 5592586 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 29 2024 18:54:26 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Mortgage Research Center LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Barbara Louise Jernigan lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Barbara Louise Jernigan, | Chapter | 13 |
| --- | --- | --- |
| aka Barbara L. Jernigan, aka Barbara Jernigan, | | |
| **Debtor 1** | Case No. | 5:23−bk−02884−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**February 22, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: February 29, 2024<br><br>Time: 10:00 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 29, 2024 |

ntcnfhrg (08/21)